PROB 12C
(6/16)

Report Date: January 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Severiano Orozco-Murillo     Case Number: 0980 4:19CR06064-SMJ-1

Address of Offender:                           Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr.,  U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:     Alien in the United States After Deportation, 8 U.S.C. U.S.C. § 1326

Original Sentence:    Prison - 366 days; TSR - 36 days              Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Richard C. Burson        Date Supervision Commenced: October 19, 2020

Defense Attorney:     Jennifer R. Barnes       Date Supervision Expires: October 18, 2023

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

**Violation 1 and 2 preface, combined for brevity:**
Mr. Orozco-Murillo began his term of supervised release on October 19, 2020. On October 27, 2020, all the conditions of supervision were reviewed with Mr. Orozco-Murillo which he signed acknowledging a full understanding, to include standard condition number 2, as noted below.

On November 19, 2020, a violation report was submitted to the Court requesting conditions of supervision to be modified with the consent of the offender after Mr. Orozco-Murillo provided a positive drug test for methamphetamine. The Court concurred with the recommendation to modify the conditions of supervision to include completing a substance abuse evaluation, complete any recommended treatment, and to submit to urinalysis.

On November 24, 2020, after the Court's approval, the imposed conditions were reviewed with Mr. Orozco-Murillo, to include special condition number

3, as noted below. Mr. Orozco-Murillo was referred to Merit Resource Services (Merit) for a substance abuse evaluation and to participate in the color line program for random drug testing.

1    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about December 27, 2020.

On December 29, 2020, Mr. Orozco-Murillo reported to Merit and completed a drug test. The onsite test result was positive for methamphetamine. Merit staff sent the drug test to Alere Toxicology Services for confirmation.

On December 30, 2020, Mr. Orozco-Murillo called the undersigned officer below to report he had provided a positive drug test at Merit on December 29, 2020. Mr. Orozco-Murillo admitted to using methamphetamine on or about December 27, 2020.

On January 8, 2021, the test results from Alere Toxicology Services was received confirming the positive results for methamphetamine and amphetamine.

2    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by failing to report for drug testing on or about January 13, 2021 and January 15, 2021.

Mr. Orozco-Murillo reported he had lost his phone and was not able to call the color line on January 13, 2021. Mr. Orozco-Murillo was directed to report to Merit on January 15, 2021, for drug testing. On January 19, 2021, Merit confirmed Mr. Orozco-Murillo did not report for drug testing. On January 20, 2021, Mr. Orozco-Murillo admitted to not reporting for drug testing on January 15, 2021, because he did not have time as he was in the process of moving into an Oxford House.

Prob12C
**Re: Orozco-Murillo, Severiano**
**January 21, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 21, 2020

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/21/2021
Date