1 PROB 12C
(6/16)

Report Date: February 5, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 08, 2021**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Severiano Orozco-Murillo | Case Number: 0980 4:19CR06064-SMJ-1 |
| Address of Offender: | Quincy, Washington 98848 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:       Alien in the United States After Deportation, 8 U.S.C. § 1326

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: October 19, 2020 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: October 18, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 21, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

**Violation 3 and 4 preface, combined for brevity:**

Mr. Orozco-Murillo began his term of supervised release on October 19, 2020. On October 27, 2020, all the conditions of supervision were reviewed with Mr. Orozco-Murillo which he signed acknowledging a full understanding, to include standard condition number 2, as noted below.

On November 19, 2020, a violation report was submitted to the Court requesting conditions of supervision to be modified with the consent of the offender after Mr. Orozco-Murillo provided a positive drug test for methamphetamine. The Court concurred with the recommendation to modify the conditions of supervision to include completing a substance abuse evaluation, complete any recommended treatment, and to submit to urinalysis testing.

On November 24, 2020, after the Court's approval, the imposed conditions were reviewed with Mr. Orozco-Murillo, to include special condition number 3, as noted

Prob12C
Re: Orozco-Murillo, Severiano
February 5, 2021
Page 2

|   |   |
|---|---|
|  | below. Mr. Orozco-Murillo was referred to Merit Resource Services (Merit) for a substance abuse evaluation and to participate in the color line program for random drug testing. |
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by failing to report for drug testing on or about January 26 and 27, 2021.<br><br>On January 27, 2021, Merit reported Mr. Orozco-Murillo did not report for drug testing on January 26, 2021, when his assigned color, brown, was called. Mr. Orozco-Murillo reported he did not report for drug testing because he had been working a side job fixing a bathroom. Mr. Orozco-Murillo was directed to report to Merit on January 27, 2021, for drug testing.<br><br>On January 28, 2021, Merit confirmed Mr. Orozco-Murillo did not report for drug testing. On February 1, 2021, Mr. Orozco-Murillo admitted to not reporting to Merit for drug testing. |
| 4 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine and marijuana, on or about January 27, 2021.<br><br>**Supporting Evidence**: On February 1, 2021, Mr. Orozco-Murillo admitted to the undersigned officer that he had used methamphetamine and marijuana on or about January 27, 2021. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Orozco-Murillo, Severiano
February 5, 2021
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

02/08/2021
Date