PROB 12C
(6/16)

Report Date: March 31, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Severiano Orozco-Murillo         Case Number: 0980 4:19CR06064-SMJ-1

Address of Offender:                                      Pasco, WA 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: September 3, 2020

Original Offense:        Alien in the United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison - 366 days;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Richard C. Burson            Date Supervision Commenced: October 19, 2020

Defense Attorney:        Paul E. Shelton              Date Supervision Expires: October 18, 2023

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/21/2021 and 2/8/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

                         **Violation 5, 6, and 7 preface, combined for brevity:**

                         Mr. Orozco-Murillo began his term of supervised release on October 19, 2020. On October 27, 2020, all the conditions of supervision were reviewed with Mr. Orozco-Murillo which he signed acknowledging a full understanding, to include mandatory condition number 2, as noted below.

                         On November 19, 2020, a violation report was submitted to the Court requesting conditions of supervision to be modified with the consent of the offender after Mr. Orozco-Murillo provided a positive drug test for methamphetamine. The Court concurred with the recommendation to modify the conditions of supervision to include completing a substance abuse evaluation, complete any recommended treatment, and to submit to urinalysis testing.

                         On November 24, 2020, after the Court's approval, the imposed conditions were reviewed with Mr. Orozco-Murillo, to include special condition number 2 and 3, as noted below. Mr. Orozco-Murillo was referred to Merit Resource Services (Merit) for a substance abuse evaluation and to participate in the color line program for random drug testing.

Prob12C
**Re: Orozco-Murillo, Severiano**
**March 31, 2021**
**Page 2**

| | |
|---|---|
| 5 | **Mandatory Condition #2:** You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by using marijuana on or about March 15, 2021.

On March 22, 2021, Mr. Orozco-Murillo admitted to the undersigned officer he had used marijuana on or about March 15, 2021.

| | |
|---|---|
| 6 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by failing to report for drug testing as instructed on or about March 18, 23, and 29, 2021.

On March 15, 2021, Mr. Orozco-Murillo was instructed by the undersigned officer to report to Merit for drug testing on March 18, 2021. On March 19, 2021, Merit staff reported Mr. Orozco-Murillo failed to report for drug testing on March 18, 2021.

On March 22, 2021, Mr. Orozco-Murillo was instructed by the undersigned officer to report to Merit for drug testing on March 23, 2021. On March 24, 2021, Merit staff reported Mr. Orozco-Murillo failed to report for drug testing on March 23, 2021. Later that same day, Merit staff reported Mr. Orozco-Murillo was at their office requesting to submit a drug test, which was approved by the undersigned officer. The onsite test was positive for marijuana. Merit staff reported this drug test was sent to Alere Laboratories, and results are pending. Mr. Orozco-Murillo reported he used marijuana on March 22, 2021.

On March 29, 2021, the undersigned officer attempted to contact defendant by phone, however, was unsuccessful. Telephonic contact was made with a Union Gospel Mission staff member, Tom, who confirmed the defendant continued to stay at the shelter. Tom agreed to give Mr. Orozco-Murillo the message instructing him to report for drug testing on this date. Mr. Orozco-Murillo later left a voice message for the undersigned officer on March 29, 2021 stating he had an appointment with Merit on March 30, 2021.

On March 30, 2021, Merit staff reported Mr. Orozco-Murillo failed to report for drug testing on March 29, 2021. That same day, the undersigned officer contacted Tom at the Union Gospel Mission and he confirmed he gave Mr. Orozco-Murillo the message to report for drug testing and Mr. Orozco-Murillo replied "okay."

| | |
|---|---|
| 7 | **Special Condition # 2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Orozco-Murillo, Severiano
March 31, 2021
Page 3

**Supporting Evidence**: Severiano Orozco-Murillo is considered to be in violation of his term of supervised release by failing to comply with substance abuse treatment as instructed on or about March 30, 2021.

On February 27, 2021, Mr. Orozco-Murillo was discharged from inpatient treatment at Pioneer Center East through no fault of his own due to a language barrier. Mr. Orozco-Murillo returned to live in the Tri-Cities, Washington, area, that same day. Upon his return, he was instructed, and had agreed, to reenter outpatient treatment services at Merit; however, he has failed to make contact with Merit to re-engage in outpatient substance abuse treatment as directed.

The Merit counselor, Ninfa Valenzuela, reported she called Mr. Orozco-Murillo on several occasions and he did not answer or return phone calls. On March 29, 2021, Mr. Orozco-Murillo left a voice message for the undersigned officer stating he had an appointment with Merit on March 30, 2021. Ms. Valenzuela reported Mr. Orozco-Murillo failed to attend the appointment on March 30, 2021. Mr. Orozco-Murillo has not been terminated, however, he is in non-compliance and has not re-engaged in treatment services.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

03/31/2021
Date