FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEVERIANO OROZCO-MURILLO,<br><br>　　　　Defendant. | No. 4:19-CR-06064-SAB-1<br><br>**ORDER TERMINATING SUPERVISED RELEASE** |

　　　Before the Court are the Government's Motion to Quash Arrest Warrant, ECF No. 94, and related Motion to Expedite, ECF No. 95. The Government states that Defendant passed away on July 15, 2023, and that his file with Probation was closed as of January 10, 2024. The Government requests the Court quash the warrant for Defendant's arrest. Good cause exists to grant the motion.

//
//
//
//
//
//
//
//
//

**ORDER TERMINATING SUPERVISED RELEASE** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **TERMINATES** Defendant's term of supervision, effective immediately.

2. The Government's Motion to Expedite, ECF No. 95, is **GRANTED**.

3. The Government's Motion to Quash Arrest Warrant, ECF No. 94, is **GRANTED**.

4. The arrest warrant, ECF No. 89, is **QUASHED**.

**IT IS SO ORDERED**. The Clerk of the Court is hereby directed to file this Order, provide copies to counsel and U.S. Probation, and **close** the file.

**DATED** this 8th day of November 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER TERMINATING SUPERVISED RELEASE # 2**